AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

14 CV 10117

| | |
|---|---|
| CITY OF PROVIDENCE<br><br>*Plaintiff*<br>v.<br>PETRÓLEO BRASILEIRO S.A. – PETROBRAS, et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DANIEL LIMA DE OLIVEIRA
c/o Petróleo Brasileiro S.A. – Petrobras
570 Lexington Avenue, 43rd Floor
New York, NY 10022-6837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher J. Keller
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: DEC 2 4 2014

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CITY OF PROVIDENCE,

                             Plaintiff(s),

  -against-

PETRÓLEO BRASILEIRO S.A,-
PETROBAS; ET AL.,

                            Defendant(s).
-------------------------------------------------------------X

Case No. 14 CV 10117

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            s.s :
COUNTY OF NEW YORK  )

     CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

     That on the 12th day of January, 2015, at approximately 12:48 p.m., deponent served a true copy of the **Summons in a Civil Action; Complaint; and ECF Rules of Court** upon Daniel Lima De Oliveira c/o Petróleo Brasileiro S.A,-Petrobas at 570 Lexington Avenue, 43rd Floor, New York, New York 10022 by personally delivering and leaving the same with Manuel Silva, Assistant Administrator, who is a person of suitable age and discretion, at that address, the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person. Manuel Silva stated that he did not know.

     Manuel Silva is a white (Hispanic) male, approximately 55-60 years of age, is approximately 5 feet, 9-10 inches tall, weighs approximately 185-195 pounds, with short black and gray hair and was wearing glasses.

(1)

That on the 13th day of January, 2015 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Daniel Lima de Oliveira**
**c/o Petróleo Brasileiro S.A,-Petrobas**
**570 Lexington Avenue, 43rd Floor**
**New York, New York 10022**

Sworn to before me this
14th day of January, 2015

CONNIE ASARO # 1126351

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2018

(2)