USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/15

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
PETER KALTMAN,                           :
              Plaintiff,                 :
                                         :
              -v-                        :   14-cv-9662 (JSR)
                                         :
PETROLEO BRASILEIRO S.A. - PETROBRAS,    :
              Defendant.                 :
---------------------------------------- x
KEN NGO,                                 :
              Plaintiff,                 :
                                         :
              -v-                        :   14-cv-9760 (JSR)
                                         :
PETROLEO BRASILEIRO S.A. - PETROBRAS,    :
                                         :
              Defendant.                 :
---------------------------------------- x
JONATHAN MESSING,                        :
                                         :
              Plaintiff,                 :
                                         :
                                         :   14-cv-9847 (JSR)
              -v-                        :
                                         :
PETROLEO BRASILEIRO S.A. - PETROBRAS,    :
                                         :
              Defendant.                 :
---------------------------------------- x
CITY OF PROVIDENCE,                      :
                                         :
              Plaintiff,                 :
                                         :
              -v-                        :   14-cv-10117 (JSR)
                                         :
PETROLEO BRAILEIRO S.A. - PETROBRAS,     :
et al.                                   :
              Defendants.                :
---------------------------------------- x
LOUIS KENNEDY,                           :
              Plaintiff,                 :
                                         :
              -v-                        :   15-cv-93 (JSR)
                                         :
                                         :       ORDER
PETROLEO BRASILEIRO S.A. - PETROBRAS,    :
                                         :
              Defendant.                 :
---------------------------------------- x
```

JED S. RAKOKFF, U.S.D.J.

The Court is in receipt of the submission of the so-called "Petrobras Plaintiff Group" stating that, notwithstanding its motion for appointment as lead plaintiff and for the appointment of its counsel, Stull, Stull & Broady, as lead counsel, it now "believes the SKAGEN-Danske Group is the 'most adequate plaintiff'..." and therefore will not oppose that latter group's motion for such appointment. That determination, however, is for the Court to make, and counsel for the Petrobras Plaintiff Group, as well as the proposed representative of the group who would supervise the case if that group were selected, must still appear at the in-court hearing on February 20, 2015, at 2:00 p.m.

The submission from counsel for the Petrobras Plaintiff Group further states that it (and presumably its counsel) "stands ready and willing to assist the lead plaintiff in the prosecution of the action." However, the Court is of the view that it would be inefficient, duplicative, disorganizing, and harmful to the putative plaintiff class to have more than one U.S. firm involved in the prosecution of this case, and consequently, unless persuaded otherwise at the hearing on February 20, the Court will not appoint any counsel to serve as counsel for the putative class in this case unless that counsel is prepared to undertake the entire representation and promises not to split it or otherwise delegate any part of it to any other U.S. firm.

SO ORDERED.

2

Dated:    New York, NY
          February 17, 2015

_____
JED S. RAKOFF, U.S.D.J.